UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY HENDRICH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:14-cv-01635-AGF |
| | ) | |
| v. | ) | |
| | ) | |
| MEDTRONIC, INC.,<br>MEDTRONIC SOFAMOR DANEK, USA,<br>INC., and DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

R. Seth Crompton, of Holland Groves, LLC, hereby enters his appearance as attorney of record for all of the Plaintiffs in this matter.

Respectfully submitted,

*/s/ R. Seth Crompton* ____________________

R. Seth Crompton - Bar #: 57448
Holland Groves, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: scrompton@allfela.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ R. Seth Crompton* ____________________
R. Seth Crompton - Bar #: 57448
Holland Groves, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: scrompton@allfela.com

*Attorney for Plaintiffs*