UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY HENDRICH, *et al.*, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:14-cv-01635 |
| | ) | |
| v. | ) | State Court Case No. 1422-CC01224 |
| | ) | |
| MEDTRONIC, INC., | ) | |
| MEDTRONIC SOFAMOR DANEK, USA, | ) | |
| INC., and DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs' filed their Motion to Remand and Memorandum in Support of Motion to Remand on September 26, 2014. Thereafter, defendant filed their Opposition to Plaintiffs' Motion to Remand on October 6, 2014. Plaintiffs filed their Reply Brief in Support of their Motion to Remand on October 15, 2014.

Plaintiffs respectfully submit to the Court the Order in *Dennis Brian Anders, et al. v. Medtronic, Inc., et al.*, Eastern District of Missouri Case No. 4:14-cv-01637-ERW, issued by Honorable E. Richard Webber on October 17, 2014, attached hereto as Exhibit A, as Supplemental Authority in support of Plaintiffs' Motion to Remand, and respectfully request that the Court grant the Motion to Remand.

Respectfully submitted,

*/s/ Eric D. Holland*

Eric D. Holland - Bar #: 39935MO
R. Seth Crompton – Bar #57448MO
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com
Email: scrompton@allfela.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

*/s/ Eric D. Holland*

Eric D. Holland - Bar #: 39935
Holland, Groves, Schneller & Stolze, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com